# United States Bankruptcy Court
# Central District Of California

### 21041 Burbank Blvd, Woodland Hills, CA 91367−6603

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR
## AT 341(a) MEETING OF CREDITORS

**DEBTOR(S) INFORMATION:**
Angelica Robles Lopez
**SSN:** xxx−xx−6047
**EIN:** N/A
Cristobal Chan Pacheco
**SSN:** xxx−xx−9716
7515 Beckford Ave
Reseda, CA 91335

**BANKRUPTCY NO.** 1:07−bk−13247−KT
**CHAPTER** 7

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1) The case is dismissed, the automatic stay is vacated, and all pending motions and adversary proceedings are moot and dismissed.

2) Any discharge entered in this case is hereby vacated in its entirety.

Dated: December 26, 2008

For The Court,
**Jon D. Ceretto**
Clerk of Court

(Form odsmf341 2/97) VAN−23

**57 / FLC**